1  Lindsey H. Morales, Esq.
   State Bar No. 11519
2  McCALLA RAYMER LEIBERT PIERCE, LLP
3  1635 Village Center Circle, Suite 130
   Las Vegas, Nevada 89134
4  Telephone: (702) 425-7267
   Facsimile: (702) 444-3103
5  *Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| MARGARET A. VANHANEGHAN, | Case No.: 2:18-cv-00586 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| CHASE BANK USA, N.A., HYUNDAI MOTOR AMERICA, CAPITAL ONE, N.A., PULTE MORTGAGE LLC and EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff Margaret A. Vanhaneghan (hereafter "Plaintiff") through her attorney Michael Kind, Esq., and Lindsey H. Morales, Esq. attorney for Defendant JPMorgan Chase Bank, N.A., incorrectly sued as Chase Bank USA, N.A., (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond by an additional 30 days; therefore, Defendant may answer or otherwise respond to Plaintiff's Complaint on or before June 03, 2018.

/ / /

/ / /

/ / /

/ / /

-1-

1  The parties further agree that good cause exists for this extension. The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this 26th day of April, 2018               Signed this 26th day of April, 2018

McCALLA RAYMER LEIBERT PIERCE, LLP

By: */s/ Lindsey H. Morales*                          By: */s/ Michael Kind*
Lindsey H. Morales, Esq.                              Michael Kind, Esq.
Nevada Bar No. 11519                                  Nevada Bar No. 13903
McCalla Raymer Leibert Pierce, LLP                    Kazerouni Law Group, APC
1635 Village Center Circle, Ste. 130                  6069 S. Fort Apache Road, Suite 100
Las Vegas, Nevada 89134                               Las Vegas, Nevada 89148
(702) 425-7267                                        (800) 400-6808
*Attorney for Chase Bank, N.A.*                       *Attorney for Plaintiff*

Signed this 26th day of April, 2018

By: */s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
(702) 880-5554
*Attorney for Plaintiff*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

**IT IS ORDERED.** Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before June 03, 2018.

Dated this _27th_ day of _____April_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

 _/s/ Lindsey H. Morales_____
Lindsey H. Morales, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Lindsey.morales@mccalla.com