**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Pulte Mortgage LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Margaret A. Vanhaneghan,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Chase Bank USA, N.A., Hyundai Motor America, Capital One, N.A., Pulte Mortgage LLC and Equifax Information Services LLC,<br><br>　　　　　　　　　　Defendant. | Case Number: 2:18-cv-00586-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Margaret A. Vanhaneghan ("Plaintiff") and Defendant Pulte Mortgage LLC ("Pulte") (collectively as the "Parties"), that Plaintiff and Pulte consent to extend the deadline for Pulte's response to Plaintiff's Complaint ("Complaint"). This is the first stipulation for an extension of time to file a response to the Complaint by Pulte. The extension is requested in order to provide the Parties time to discuss settlement and Pulte's counsel time to gather information and



documentation necessary to adequately analyze the claims set forth the in Complaint and to prepare Pulte's response. Pulte shall respond to the Complaint on or before May 25, 2018.

Dated this 4th day of May, 2018          Dated this 4th day of May, 2018

KAZEROUNI LAW GROUP, APC          DICKINSON WRIGHT PLLC

By: _/s/ *Michael Kind*_____     By: */s/ Cynthia Alexander*_____
    Michael Kind                                  Cynthia L. Alexander, Esq.
    6069 South Fort Apache Road, Suite 100     Nevada Bar No. 6718
    Las Vegas, NV 89148                      8363 West Sunset Road, Suite 200
    800-400-6808 x7                           Las Vegas, Nevada 89113-2210
                                               *Attorneys for Defendant Pulte Mortgage LLC*
    */s/ David H. Krieger*_____
    David H. Krieger
    Haines & Krieger, LLC
    8985 S. Eastern Avenue
    Suite 350
    Henderson, NV 89123
    (702) 880-5554
    *Attorneys for Plaintiff Margaret A. Vanhaneghan*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this _7th_ day of _May___ 2018.



2