J Christopher Jorgensen
Nevada Bar No.: 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Defendant Hyundai Motor America*

# UNITED STATE DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET A. VANHANEGHAN,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A., HYUNDAI MOTOR AMERICA, CAPITAL ONE, N.A., PULTE MORTGAGE LLC; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case:  2:18-cv-00586-JCM-GWF<br><br>**STIPULATION TO EXTEND DEFENDANT HYUNDAI MOTOR AMERICA'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Hyundai Motor America ("Hyundai") and Plaintiff Margaret A. Vanhaneghan ("Plaintiff") (collectively, the "Parties") stipulate and agree as follows:

The Parties hereby stipulate and agree that Hyundai's time to respond to Plaintiff's complaint (ECF No. 1), filed on March 30, 2018, will be continued from May 7, 2018 to June 6, 2018.

Hyundai requires additional time to investigate Plaintiff's allegations, and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

105034257_1

respond to Plaintiff's complaint.  This is Hyundai's first request for an extension.

DATED this 25th day of May, 2018.    DATED this 24th day of May, 2018.

**KAZEROUNI LAW GROUP, APC**    **LEWIS ROCA**
                                                    **ROTHGERBER CHRISTIE LLP**

By:  */s/ Michael Kind*    By: */s/ J Christopher Jorgensen*
Michael Kind (NV Bar # 13903)    J Christopher Jorgensen (NV Bar # 5382)
6069 South Fort Apache Rd., #100    3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89148    Las Vegas, Nevada  89169
T: 800-400-6808 x7    T: 702-949-8200
E-mail: mkind@kazlg.com    E-mail: cjorgensen@lrrc.com

David H. Krieger (NV Bar # 9086)    *Attorneys for Defendant*
HAINES & KRIEGER, LLC    *Hyundai Motor America*
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
T: 702-880-5554
E-mail: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
*Margaret A. Vanhaneghan*

# ORDER

            **IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __5/29/2018_____