# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET A. VANHANEGHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., HYUNDAI MOTOR AMERICA, CAPITAL ONE, N.A., PULTE MORTGAGE LLC and EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendants. | Case No. 2:18-cv-00586-JCM-GWF<br><br>*Assigned to Judge James C. Mahan; Referred to Magistrate Judge George Foley, Jr.*<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed: March 30, 2018<br>Trial Date:　　　TBA |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has reviewed the Stipulation filed by Plaintiff Margaret A. |
| 3 | Vanhaneghan and Defendant Capital One, N.A. ("Capital One"), to extend Capital |
| 4 | One's time to file a responsive pleading by thirty (30) days. The Stipulation is |
| 5 | incorporated herein by reference. Good cause appearing thereon, the Court hereby |
| 6 | orders as follows: |
| 7 | Capital One's time to file a responsive pleading to the Complaint is hereby |
| 8 | extended. Capital One shall file its responsive pleading to the Complaint on or before |
| 9 | July 18, 2018. |

**IT IS SO ORDERED.**

DATED: 6/20/2018      _____/s/ George Foley Jr._____
                      UNITED STATES MAGISTRATE JUDGE