**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorney for Defendant Pulte Mortgage LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET A. VANHANEGHAN<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A., HYUNDAI MOTOR AMERICA, CAPITAL ONE, N.A., PULTE MORTGAGE LLC, and EQUIFAX INFORMATION SERVICES LLC,,<br><br>Defendant. | Case Number 2:18-cv-00586-JCM-GWF<br><br>**DEFENDANT PULTE MORTGAGE LLC EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

COMES NOW Defendant Pulte Mortgage LLC ("Pulte"), through undersigned counsel, the law firm of Dickinson Wright, PLLC, and hereby brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List. On June 19, 2018, Pulte was dismissed from this matter [ECF. No. 17] and is no longer a party to this action.

/ / /

1

Therefore, it is no longer necessary for Cynthia L. Alexander, Esq., to receive further CM/ECF notices, and it is respectfully requested that Cynthia L. Alexander, Esq., be removed from the CM/ECF service list.

DATED this _____ day of June 2018.

DICKINSON WRIGHT PLLC

*/s/ Cynthia L. Alexander, Esq.*
Cynthia L. Alexander
Nevada Bar No. 6718
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorney for Defendant Pulte Mortgage LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6/26/2018

2