# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET A. VANHANEGHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., HYUNDAI MOTOR AMERICA, CAPITAL ONE, N.A., PULTE MORTGAGE LLC and EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendants. | Case No. 2:18-cv-00586-JCM-GWF<br><br>*Assigned to Judge James C. Mahan; Referred to Magistrate Judge George Foley, Jr.*<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>Complaint Filed: March 30, 2018<br>Trial Date:　　　TBA |

# ORDER

The Court has reviewed the Stipulation filed by Plaintiff Margaret A. Vanhaneghan and Defendant Capital One, N.A. ("Capital One"), to extend Capital One's time to file a responsive pleading by fourteen (14) days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before August 1, 2018.

**IT IS SO ORDERED.**

DATED: 7/18/2018

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE