1  Michael Kind, Esq. (SBN: 13903)
2  **KAZEROUNI LAW GROUP**, APC
   6069 S. Fort Apache Rd., Ste. 100
3  Las Vegas, NV 89148
4  Phone: (800) 400-6808 x7
   Fax: (800) 520-5523
5  mkind@kazlg.com

6
   David H. Krieger, Esq. (SBN: 9086)
7  **HAINES & KRIEGER**, LLC
   8985 S. Eastern Avenue, Ste. 350
8  Henderson, NV 89123
9  Phone: (702) 880-5554
   Fax: (702) 385-5518
10 Email: dkrieger@hainesandkrieger.com
11 *Attorneys for Plaintiff Margaret A. Vanhaneghan*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Margaret A. Vanhaneghan,<br><br>                Plaintiff,<br><br>v.<br><br>Chase Bank USA, N.A., Hyundai Motor America, Capital One, N.A., Pulte Mortgage LLC and Equifax Information Services LLC,<br><br>                Defendants. | Case No. 2:18-cv-00586-JCM-GWF<br><br>**Stipulation of Dismissal of Equifax Information Services LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Margaret A. Vanhaneghan ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 3rd day of August 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**SNELL & WILMER LLP**

By: /s/ Bradley T. Austin
Bradley T. Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
*Attorneys for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 8, 2018