Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP**, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Margaret A. Vanhaneghan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Margaret A. Vanhaneghan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Chase Bank USA, N.A., Hyundai Motor America, Capital One, N.A., Pulte Mortgage LLC and Equifax Information Services LLC,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00586-JCM-GWF<br><br>**STIPULATION OF DISMISSAL OF HYUNDAI MOTOR AMERICA** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Margaret A. Vanhaneghan ("Plaintiff") and Defendant Hyundai Motor America ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 7th day of August 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ J Christopher Jorgensen
J Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
*Attorneys for Hyundai Motor America*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 9, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 7, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148