UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARGARET A. VANHANEGHAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., *et al.*,<br><br>Defendants. | Case No. 2:18-cv-00586-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Bradley T. Austin, Esq.'s Motion to Remove Attorney from Electronic Service List (ECF No. 40), filed on January 10, 2019.

Bradley T. Austin, Esq. requests that he be removed from the CM/ECF service list as counsel for Defendant Equifax Information Services, LLC ("Equifax"). Defendant Equifax has been dismissed as a party to this matter. The Court finds good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Bradley T. Austin, Esq.'s Motion to Remove Attorney from Electronic Service List (ECF No. 40) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Bradley T. Austin, Esq. from the CM/ECF service list in this case.

Dated this 11th day of January, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE