Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Margaret A. Vanhaneghan*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Margaret A. Vanhaneghan,<br><br>Plaintiff,<br><br>v.<br><br>Chase Bank USA, N.A., Hyundai Motor America, Capital One, N.A., Pulte Mortgage LLC and Equifax Information Services LLC,<br><br>Defendants. | Case No. 2:18-cv-00586-JCM-GWF<br><br>**STIPULATION OF DISMISSAL OF CAPITAL ONE, N.A.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Margaret A. Vanhaneghan ("Plaintiff") and Defendant Capital One, N.A. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 5th day of February 2019.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**FERNALD LAW GROUP LLP**

By: /s/ Brandon Claus Fernald
Brandon Claus Fernald, Esq.
6236 Laredo Street
Las Vegas, NV 89146
*Attorneys for Capital One, N.A.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _February 11, 2019_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 5, 2019, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148